# EXHIBIT 46

**Exhibit 21.1**

**Subsidiaries of Vinco Ventures, Inc.**

| Subsidiary | State or Jurisdiction of Incorporation |
|---|---|
| Ferguson Containers, Inc. | New Jersey |
| S.R.M. Entertainment Limited | Hong Kong |
| Edison Nation Holdings, LLC | North Carolina |
| Edison Nation, LLC | North Carolina |
| Safe TV Shop, LLC | North Carolina |
| Everyday Edisons, LLC | North Carolina |
| Cloud B, Inc. | California |
| Cloud B Limited | United Kingdom |
| Cloud B Party Limited | Australia |
| Pirasta, LLC | New York |
| Best Party Concepts, LLC | Delaware |
| CBAV1, LLC | Nevada |
| Vinco Shared Services, LLC | Nevada |
| Cryptyde, Inc. | Delaware |
| Cryptyde Shares Services, Inc. | Nevada |
| Honey Badger Media LLC | Nevada |
| EVNT Platform LLC d/b/a Emmersive Entertainment | Nevada |
| BlockHiro, LLC | Nevada |
| ZVV Media Partners, LLC (50% voting membership interest) | Delaware |
| Best Party Concepts, LLC (50% membership interest) | Delaware |
| Global Clean Solutions, LLC (75% membership interest) | Nevada |
| CW Machines, LLC (51% voting membership interest) | Nevada |
| TBD Safety, LLC | Delaware |