# EXHIBIT 47



**Privileged and Business Confidential Information, not to be shared with anyone. This is non-Public information.**

To all employees, good evening.	July 24, 2022

First of all, I would like to apologize for all the distractions over last the few weeks, and especially over the last 48 hours. The activities of the Vinco Ventures Board are an embarrassment for me and all of senior management.

As most of you know, in the very beginning Lisa King was with me in, Syracuse, New York, when I started this vision and direction for the company with Zash and Vinco. I raised the capital to acquire Lomotif, Adrizer, Mind Tank, Honeybadger, and others to build this vision and raise hundreds of millions of dollars.

Unfortunately, I have learned over the years that when there is a lot of money successfully raised, people come along who are power hungry and filled with greed and little experience who want to take over companies. We are experiencing a moment like this right now, an unsolicited internal hostile takeover which is strictly about ego money and greed. Rest assured, I have seen this many times and gone through it many times, and it's more of a distraction than anything, and the worst thing possible for shareholder value.

This morning the Vinco Ventures, Inc. Board attempted to hold a board meeting.

However, our SEC corporate counsel for Vinco Ventures, Inc. reviewed the minutes of today's meeting and concluded that the board meeting was not valid. Multiple infractions, material breaches of fiduciary responsibilities, and many other items disqualify it as a lawful board meeting.

Furthermore, after a lengthy review, our corporate SEC counsel for Vinco Ventures, Inc. has concluded that John Colucci failed with his disclosure to meet the requirements to be an independent Director of the Board. Therefore, we do not even recognize him as an Independent Director or a Director of Vinco Ventures. Since June 10th, 2022, and over



several weeks John acted in bad faith from his lack of disclosure and not in the best interest of the shareholders of Vinco Ventures, Inc. So, any decisions he made and voted on over the last several weeks are considered null and void. His lack of disclosure brings into question his qualification to hold any leadership position in any public company.

According to our corporate SEC counsel for Vinco Ventures, Rod Vanderbilt remains the Chairman of the Board for Vinco Ventures, Inc., and Lisa King remains on the Board of Directors and the President of ZVV. In addition, Erik Noble remains Chief Security Officer of Vinco Ventures, Inc., and I remain as co-Chief Executive Officer of Vinco Ventures, Inc.

We realize this information is being provided to you many hours after the morning meeting. However, management spent all day and all evening with our corporate SEC counsel for Vinco Ventures, Inc., and other counsel, to ensure that we provide you the most transparent information possible.

As of now, everything remains status quo, which we publicly announced in the required 8K form this past Friday afternoon, July 22, 2022.

I will continue to serve as co-Chief Executive Officer of Vinco Ventures, Inc.

In a July 21, 2022, Vinco Ventures Board meeting Lisa King was appointed President of ZVV Media Partners, LLC. She will remain an independent board member of Vinco Ventures. Lisa will report to me and have complete strategic oversight of ZVV operations, and Lomotif. In addition, she will continue to serve as the founder and CEO of Magnifi U. Paul Yang, CEO of Lomotif, will report to Lisa in her new position. We wish Lisa success in her new role.

Likewise, in the same July 21, 2022, Vinco Ventures Board meeting, John Colucci was appointed an interim co-CEO.



**Privileged and Business Confidential Information, not to be shared with anyone.**
**This is non-Public information.**

In addition, I want to introduce you to Erik Noble, who has been our Chief Security Officer for Vinco Ventures, Inc., for the last two months. He has also been serving as Chief of Staff and will remain in these positions. I find that Erik's previous experience as Chief of Staff of NASA and NOAA in the Federal government, where he reported to the head of each agency while division directors reported to him, and he managed over 29,000 employees, as well as being head of cybersecurity policy for the White House, a great honor for our company. If you have any questions about the company, feel free to reach out to Erik as Chief of Staff.

I personally want to thank all of you that have reached to me personally over the last few days and last few weeks voicing your concerns. I appreciate it.

I ask you on behalf of the shareholders and the business to please not be distracted by these events. Focus on the great company that we are building together.

Thank you.

Ted Farnsworth
Co-CEO of Vinco Ventures, Inc.