

390 North Broadway – Ste. 140 | Jericho, New York 11753
Main Telephone: (516) 455-1500 | Facsimile: (631) 498-0478

DALLAS | NEW YORK | NAPLES

February 22, 2024

**Via ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St., Courtroom 17-D
New York, NY 10007-1312

Re: *Vick v. Hudson Bay Master Fund Ltd. et al*, Case No. 1:24-cv-00446-JGLC-KHP
Ex Parte Application to Adjourn Initial Case Management Conference

Your Honor:

We represent Plaintiff Shadwrick J. Vick, and we write pursuant to Rule I(c) of the Court's Individual Rules and Practices in Civil Cases and the Court's January 26, 2024 Order (*see* ECF 17) to respectfully request an adjournment of the Initial Case Management Conference currently scheduled for March 5, 2024 at 10:30 a.m.

Immediately following the filing of the Complaint, Plaintiff and his counsel have been engaged in ongoing discussions which impact the administration of this action. Accordingly, service has not yet been effectuated on the defendants, nor has their counsel contacted plaintiff's counsel, and, thus, a Rule 26(f) conference has not yet been held. Plaintiff's counsel anticipates that the issues affecting the administration of this case will be addressed in short order. Plaintiff's counsel, therefore, respectfully requests a 60-day adjournment of the Initial Case Management Conference.

As of the date hereof, there have been no prior requests to adjourn the Initial Case Management Conference in this matter. Plaintiff's instant request is submitted *ex parte*, as neither defendants nor their counsel have appeared in this matter or otherwise contacted plaintiff or his counsel. No other appearances are scheduled before the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

 /s/ Mark R. Basile
Mark R. Basile, Esq.
**The Basile Law Firm P.C.**
390 N. Broadway, Suite 140
Jericho, NY 11753
Tel.:   (516) 455-1500
Fax:    (631) 498-0478

Magistrate Judge Katharine H. Parker
February 22, 2024
Page **2** of **2**

                                                    Email: mark@thebasilelawfirm.com

                                                    *Attorneys for Plaintiff Shadwrick J. Vick*