UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHADWRICK J. VICK,<br>derivatively on behalf of<br>VINCO VENTURES, INC.,<br><br>      *Plaintiff*,<br><br>  v.<br><br>HUDSON BAY MASTER FUND LTD.,<br>SANDER R. GERBER, YOAV ROTH,<br>BHP CAPITAL NY, INC., and<br>BRYAN PANTOFEL,<br><br>      *Defendants*,<br><br>  and<br><br>VINCO VENTURES, INC.,<br><br>      *Nominal Defendant*. | Case No. 1:24-cv-00446-JGLC-KHP |

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF SHADWRICK J. VICK**

Dated: March 1, 2024

THE BASILE LAW FIRM P.C.

Mark R. Basile, Esq.
Waleed Amer, Esq.
390 N. Broadway, Suite 140
Jericho, NY 11753
Tel.:  (516) 455-1500
Fax:  (631) 498-0478
Email:  mark@thebasilelawfirm.com
       waleed@thebasilelawfirm.com

*Attorneys for Plaintiff Shadwrick J. Vick,
derivatively on behalf of Vinco Ventures, Inc.*

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Mark R. Basile, dated March 1, 2024, and the accompanying Memorandum of Law, dated March 1, 2024, the undersigned counsel for Plaintiff Shadwrick J. Vick will move this Court before the Honorable Jessica G. L. Clarke, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time designated by the Court, for an Order granting The Basile Law Firm P.C. and its attorneys of record in this action leave to withdraw as counsel for Plaintiff Shadwrick J. Vick pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York and Rule 1.16 of the New York Rules of Professional Conduct, and other such relief as the Court deems just and proper.

Dated: March 1, 2024

Respectfully Submitted,

**THE BASILE LAW FIRM P.C.**

*/s/ Mark R. Basile*
Mark R. Basile, Esq.
Waleed Amer, Esq.
390 N. Broadway, Suite 140
Jericho, NY 11753
Tel.:   (516) 455-1500
Fax:   (631) 498-0478
Email: mark@thebasilelawfirm.com
          waleed@thebasilelawfirm.com

*Attorneys for Plaintiff Shadwrick J. Vick, derivatively on behalf of Vinco Ventures, Inc.*