AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Shadwrick J. Vick, on Behalf of Vinco Ventures, Inc. ) <br> *Plaintiff* ) <br> v. ) <br> Hudson Bay Master Fund LTD., et al. ) <br> *Defendant* ) | Case No. 1:24-cv-00446-JGLC-KHP |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shareholder/Derivative Plaintiff Shadwrick J. Vick

Date: 04/29/2024

/s/ Jeffrey M. Haber
*Attorney's signature*

Jeffrey M. Haber (JH-1738)
*Printed name and bar number*

425 Broadhollow Rd., Suite 416
Melville, NY 11747

*Address*

jhaber@fhnylaw.com
*E-mail address*

(631) 282-8985
*Telephone number*

(631) 390-6944
*FAX number*