UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHADWRICK J. VICK,
derivatively on behalf of
VINCO VENTURES, INC.,

        *Plaintiff*,

v.

HUDSON BAY MASTER FUND LTD.,
SANDER R. GERBER, YOAV ROTH,
BHP CAPITAL NY, INC., and
BRYAN PANTOFEL,

        *Defendants*,

and

VINCO VENTURES, INC.,

        *Nominal Defendant*.

Case No. 1:24-cv-00446-JGLC-KHP

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, shareholder/derivative plaintiff Shadwrick J. Vick and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant(s) Hudson Bay Master Fund LTD., Sander R. Gerber, Yoav Roth, BHP Capital NY, Inc., and Bryan Pantofel.

Date:  Melville, NY
       April 29, 2024

**FREIBERGER HABER LLP**

*/s/ Jeffrey M. Haber*
Jeffrey M. Haber (JH-1738)
425 Broadhollow Road, Suite 416
Melville, NY 11747
Tel: (631) 282-8985
Email: jhaber@fhnylaw.com