USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SHADWRICK J. VICK, derivatively on behalf of Vinco Ventures, Inc.

                           Plaintiff,

-against-

HUDSON BAY MASTER FUND LTD., et al.,

                           Defendants.
----------------------------------------------------------------X

24-CV-00446 (JGLC) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on April 29, 2024 (doc. no 31) the Initial Case Management Conference currently scheduled for **May 6, 2024** is hereby adjourned *sine die*.

    SO ORDERED.

DATED:    New York, New York
               April 30, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge