UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHADWRICK J. VICK, derivatively on behalf of VINCO VENTURES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HUDSON BAY MASTER FUND LTD., SANDER R. GERBER, YOAV ROTH, BHP CAPITAL NY, INC., and BRYAN PANTOFEL, <br><br> *Defendants,* <br><br> and <br><br> VINCO VENTURES, INC., <br><br> *Nominal Defendant.* | Case No. 1:24-cv-00446-JGLC-KHP <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, shareholder/derivative plaintiff Shadwrick J. Vick and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant(s) Hudson Bay Master Fund LTD., Sander R. Gerber, Yoav Roth, BHP Capital NY, Inc., and Bryan Pantofel.

Date:  Melville, NY
       April 29, 2024

FREIBERGER HABER LLP

*/s/ Jeffrey M. Haber*
Jeffrey M. Haber (JH-1738)
425 Broadhollow Road, Suite 416
Melville, NY 11747
Tel:  (631) 282-8985
Email: jhaber@fhnylaw.com

The Clerk of Court is directed to CLOSE the case.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 30, 2024
       New York, New York